NO. 07-02-0339-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



JANUARY 8, 2003



______________________________




IN THE INTEREST OF REBECCA LYNN CRAWFORD, A CHILD




_________________________________



FROM THE 64TH DISTRICT COURT OF HALE COUNTY;



NO. A30,988-0007; HONORABLE JACK R. MILLER, JUDGE



_______________________________



Before QUINN and REAVIS, JJ., and BOYD, SJ. (1)

 In this proceeding, appellant Ricky Allen Crawford gave timely notice of appeal from
a June 24, 2002 trial court order modifying the parent-child relationship between appellant,
the child Rebecca, and the child's mother, Lisa Christine Crawford. Although the clerk's
and reporter's records have been filed, no further action was been taken in the appeal.

 Accordingly, on December 6, 2002, a notice was sent to appellant at the address
which is contained in the court file. The purpose of the notice was to advise appellant that
unless a response from him reasonably explaining his failure to file his brief, together with
a showing that appellee has not been significantly injured by the failure to file the brief was
received by December 17, 2002, his appeal would be subject to dismissal for want of
prosecution. See Tex. R. App. P. 38.8. 

 No such reply has been received. Accordingly, this appeal must be, and is hereby
dismissed.


 John T. Boyd

 Senior Justice


1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2002).